**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 15-1744**

─────────────

CONNIE HOWELL,

              Plaintiff - Appellant,

         v.

KELLY SERVICES, INC.; IBM,

              Defendants – Appellees,

         and

MONICA MURRAY; DAVID DUNCAN; BEN KOTEY; JONATHAN OKAI,

              Defendants.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Liam O'Grady, District Judge.   (1:12-cv-00821-LO-TCB)

─────────────

Submitted:  December 18, 2015        Decided:  December 23, 2015

─────────────

Before KING, AGEE, and THACKER, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Connie Howell, Appellant Pro Se.   Yoora Pak, WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, McLean, Virginia; Matthew Frederick Nieman, JACKSON LEWIS PC, Reston, Virginia, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Connie Howell seeks to appeal the district court's order granting the Defendants' motions to enforce a settlement agreement. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on May 1, 2015. The notice of appeal was filed on June 30, 2015. Because Howell failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED